**Shawn Sha JOHNSON, Petitioner–Appellant,**

v.

**Stan K. YOUNG, Warden, Respondent–Appellee.**

No. 00–7406.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2000.

Decided Jan. 4, 2001.

---

Shawn Sha Johnson, pro se.

Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER, DIANA GRIBBON MOTZ, and TRAXLER, Circuit JJ.

PER CURIAM.

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Johnson v. Gerraghty*, No. 3:00CV302 (E.D.Va. Sept. 8, 2000). Furthermore, we deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WILLIAMS, MOTZ, and KING, Circuit JJ.